DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETERSON PAUL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3557

[April 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562004CF002449A.

Peterson Paul, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***